■ EARL CLARK et al., Appellants, v VIRGINIA A. DEJOHN et al., Defendants, and RONALD J. PULLEN, Individually and Doing Business as PULLEN'S TRUCK CENTER, et al., Respondents. [617 NYS2d 682] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Wesley, J. (Appeal from Order of Supreme Court, Cayuga County, Wesley, J.—Amended Complaint.) Present—Green, J. P., Pine, Lawton, Callahan and Doerr, JJ.